Luria's Marlton, Inc., Appellant, v. Kingsway Associates, Inc.

Argued May 1, 1967. Before BELL, C. J., JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

 

Michael H. Egnal, with him Egnal & Simons, for appellant.

Norman C. Henss, with him Cohen, Shapiro, Berger, Polisher and Cohen, for appellee.

OPINION PER CURIAM, September 26, 1967:
Order affirmed.

Mr. Justice MUSMANNO and Mr. Justice COHEN took no part in the consideration or decision of this case.